

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00321-CV

IN THE INTEREST OF A.C., D.C., AND
L.C., CHILDREN

§ On Appeal from the 231st District
Court

§ of Tarrant County (231-460107-09)

§ January 26, 2023

§ Memorandum Opinion by Justice
Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there

was no error in the trial court's order. It is ordered that the order of the trial court is

affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell